**Fill in this information to identify the case:**

Debtor 1 ___Lazedria Wilson___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern District of Mississippi___

Case number ___16-11494-JDW___

## Official Form 410S1

# Notice of Mortgage Payment Change                           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**    ___Lakeview Loan Servicing, LLC___     **Court claim no.** (if known):    ___7___

**Last 4 digits** of any number you use to
identify the debtor's account:    ___XXXXXX8560___

**Date of payment change:**
Must be at least 21 days after the date    ___06/01/2019___
of this notice

**New total payment:**
Principal, interest, and escrow, if any    ___$475.04___

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe
the basis for the change.  If a statement is not attached, explain why: _____

**Current escrow payment :**    ___$134.57___          **New escrow payment:**    ___$110.24___

| Part 2: | Mortgage Payment Adjustment |
|---------|-----------------------------|

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached,
explain why: _____

**Current interest rate:** _____          **New interest rate:** _____

**Current principal and interest payment** _____          **New principal and interest payment:** _____

| Part 3: | Other Payment Change |
|---------|----------------------|

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment: $** _____          **New mortgage payment : $** _____

| Debtor 1 | Lazedria Wilson | Case Number *(if known)* | 16-11494 |
|---|---|---|---|

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Parker Proctor Jr.*                                        Date   04/12/2019
Signature

Print:              Joel W. Giddens & Parker Proctor                                        Title   Attorneys

Company      Wilson & Associates, PLLC

Address       232 Market Street
                    Flowood, MS 39232

Contact phone      (601) 825-9508          Email      jgiddens | pproctor@thewilsonlawfirm.com

## CERTIFICATE OF SERVICE

On April 23, 2019, a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Robert H. Lomenick, Jr.                          Locke D. Barkley
Attorney at Law                                    Trustee
P.O. Box 417                                        6360 I-55 North Suite 140
Holly Springs, MS 38635                        Jackson, MS 39211

and served via U.S. mail upon:

Lazedria Wilson
Debtor(s)
164 Shelby Dr
Holly Springs, MS 38635

                                                            */s/ Parker Proctor Jr.*

                                                            Parker Proctor (105091)

W&A No. 325441

# Flagstar Bank

Pay by mail:
Flagstar Bank · PO Box 660263
Dallas, TX 75266-0263

| | |
|---|---|
| Loan Number: ▮▮▮▮ | |
| Property Address: 164 Shelby Dr | |
| Escrow Analysis Date: | 03/22/2019 |
| New Payment: | $475.04 |
| New Payment Effective Date: | 06/01/2019 |

LAZEDRIA WILSON
164 SHELBY DR
HOLLY SPRINGS MS 38635-1738

 Pay by website:
flagstar.com/myloans

Customer service:
(800) 968-7700
Monday–Friday 7:30 a.m.–8 p.m., ET
Saturday 7:30 a.m.–4 p.m., ET

Dear Lazedria Wilson,

Each year Flagstar Bank reviews your escrow account to ensure the correct amounts are being collected to pay your property taxes and homeowner's insurance. In reviewing your escrow account, we found **you paid an extra $411.27.**

## Quick breakdown of your Escrow review

| | |
|---|---|
| Required Escrow Balance | **$440.98** |
| Bankruptcy Claim | $314.50 |
| Current Escrow Balance* | $537.75 |
| **You have a surplus of** | **$411.27** |

*Based on all payments and disbursements due being made prior to the new payment effective date.*
*For more escrow related information, please reference your Bankruptcy documents filed with the court.*

The information below reflects the details of our review and the options available to you. The **surplus** was caused by a **decrease** in your **escrowed items**.

## Review Your Payment

### Old Mortgage Payment

| | |
|---|---|
| Principal & Interest | $364.80 |
| Escrow | $134.57 |
| **Monthly Mortgage Payment** | **$499.37** |

### New Mortgage Payment

| | |
|---|---|
| Principal & Interest | $364.80 |
| Escrow | $110.24 |
| **New Monthly Mortgage Payment** | **$475.04** |

Your new monthly payment is effective June 01, 2019.

## How Your Escrow Payment Is Calculated

Your new monthly escrow payment is calculated by adding all of your disbursements then dividing this figure by 12 months, which equals $110.24.

| | | |
|---|---|---|
| Taxes | $830.67 /12= | $69.22 |
| Insurance | $492.23 /12= | $41.02 |
| **Escrow Payment** | | **$110.24** |

## Determining Your Escrow Surplus

As allowed by the Real Estate Settlement Procedures Act (RESPA), your mortgage documents, or state law, the escrow balance should not go below two months' tax and insurance payments, which is a minimum balance of $220.48.

Your projected escrow balance in March is expected to be $317.25.

| | |
|---|---|
| Required Minimum Balance: | $220.48 |
| Bankruptcy Escrow Claim: | $314.50 |
| Projected Balance: | $317.25 |
| **Escrow Surplus** | **$411.27** |

If your loan is contractually current, your refund check has been mailed under separate cover. If your loan is past due, a check representing the surplus in your escrow account will be issued when your loan has been paid current.

⌂ Equal Housing Lender    Member FDIC

This space has been left blank intentionally.

## Important Information

Questions with regard to a change in your tax payment should be directed to your taxing authority and changes in your insurance premium should be directed to your insurance agent.

If you have auto debit for your mortgage payment and have an additional principal amount included, the principal amount will not change but will be added to your new payment amount. To change your monthly principal amount, please submit a signed written request to our Auto Debit Department at: Fax: (888) 548-0528, or Mail: Flagstar Bank, Auto Debit Department, Mail Stop E-115-3, 5151 Corporate Drive, Troy MI 48098

### Review Your Upcoming Escrow Account Activity (06/01/19 to 05/01/20)

The items below reflect the payments we expect to receive each month for your escrow account and the payments we expect to make on your behalf for your real estate taxes and/or insurance premiums.

| Month | Item Description | Payment to Escrow | Payment from Escrow | Expected Balance | Required Balance |
|---|---|---|---|---|---|
| | Beginning Balance | | | $537.75 | $440.98 |
| 06/19 | | $110.24 | $0.00 | $647.99 | $551.22 |
| 07/19 | | $110.24 | $0.00 | $758.23 | $661.46 |
| 08/19 | | $110.24 | $0.00 | $868.47 | $771.70 |
| 09/19 | | $110.24 | $0.00 | $978.71 | $881.94 |
| 10/19 | | $110.24 | $0.00 | $1,088.95 | $992.18 |
| 11/19 | | $110.24 | $0.00 | $1,199.19 | $1,102.42 |
| 12/19 | | $110.24 | $0.00 | $1,309.43 | $1,212.66 |
| 01/20 | Taxes | $110.24 | -$830.67 | $589.00 | $492.23 |
| 02/20 | | $110.24 | $0.00 | $699.24 | $602.47 |
| 03/20 | Insurance | $110.24 | -$492.23 | $317.25 | $220.48 |
| 04/20 | | $110.24 | $0.00 | $427.49 | $330.72 |
| 05/20 | | $110.24 | $0.00 | $537.73 | $440.96 |
| | Total | $1,322.88 | -$1,322.90 | | |

### Review Your Escrow Account History (05/01/18 to 05/31/19)

The items below reflect the expected activity last year and compare it with the actual payments received and disbursements made.

Last year, we anticipated that payments from your account would be made during this period equaling $1,614.83. Under federal law, your lowest monthly balance should not have exceeded $269.14 or two (2) months of anticipated payments from your escrow account, unless your mortgage documents or state law specifies a lower amount.  Your actual lowest monthly balance was -$719.43.

| Month | Item Description | PROJECTED | | | ACTUAL | | |
|---|---|---|---|---|---|---|---|
| | | Payment to Escrow | Payment from Escrow | Escrow Running Balance | Payment to Escrow | Payment from Escrow | Escrow Running Balance |
| **Beginning Balance** | | | | **$403.70** | | | **-$236.13** |
| May | | $134.57 | $0.00 | $538.27 | $112.48 | $0.00 | -$123.65 |
| June | Insurance | $134.57 | $0.00 | $672.84 | $224.96 | $777.43 | -$676.12 |
| July | | $134.57 | $0.00 | $807.41 | $112.48 | $0.00 | -$563.64 |
| August | | $134.57 | $0.00 | $941.98 | $112.48 | $0.00 | -$451.16 |
| September | | $134.57 | $0.00 | $1,076.55 | $112.48 | $0.00 | -$338.68 |
| October | | $134.57 | $0.00 | $1,211.12 | $224.96 | $0.00 | -$113.72 |
| November | | $134.57 | $0.00 | $1,345.69 | $112.48 | $0.00 | -$1.24 |
| December | Taxes | $134.57 | $0.00 | $1,480.26 | $112.48 | $830.67 | -$719.43 |
| January | Taxes | $134.57 | $837.40 | $777.43 | $269.14 | $0.00 | -$450.29 |
| February | | $134.57 | $0.00 | $912.00 | $134.57 | $0.00 | -$315.72 |
| March | Insurance | $134.57 @ | $777.43 @ | $269.14 | $1,076.56 | $492.23 | $268.61 |
| April | | $134.57 @ | $0.00 @ | $403.71 | $134.57 | $0.00 | $403.18 |

Representation of Printed Document

Case 16-11494-JDW    Doc 50    Filed 04/23/19    Entered 04/23/19 14:54:26    Desc Main
Document       Page 5 of 8 » ANNUAL ESCROW STATEMENT continued



**Loan Number**
**Property Address:** 164 Shelby Dr

LAZEDRIA WILSON
164 SHELBY DR
HOLLY SPRINGS MS 38635-1738

### Review Your Escrow Account History (05/01/18 to 05/31/19) Continued

| Month | Item Description | PROJECTED | | | ACTUAL | | |
|-------|------------------|-----------|---|---|--------|---|---|
| | | Payment to Escrow | Payment from Escrow | Escrow Running Balance | Payment to Escrow | Payment from Escrow | Escrow Running Balance |
| May | | $0.00 @ | $0.00 @ | $403.71 | $134.57 | $0.00 | $537.75 |
| Total | | $1,614.84 | $1,614.83 | | $2,874.21 | $2,100.33 | |

The item indicated in red is the difference from a previous estimate either in date or the amount. An @ symbol indicates a scheduled payment to or from your escrow account which has not been made. Enclosed you will find a guide and answers to frequently asked questions to further assist you with understanding your escrow account and the terms in this statement.

**If you have any questions, visit flagstar.com to chat directly with a support agent or call us at (800) 968-7700.**

ANNUAL ESCROW STATEMENT GUIDE

# Get to know your escrow statement.

We want your statement to be a useful mortgage management tool that offers you the opportunity to easily understand information about your **escrow account**. This guide outlines the details provided on your statement, explains the items that may appear, and defines the terms that are used.

## How to read your statement:

**(A) Loan Information**
This section provides your new payment amounts and the date when your new payment is effective.

**(B) Payment Options and Contact Information**
Flagstar offers several convenient methods to make your payments.

**(C) Explanation of Escrow Analysis**
Summarizes the results of the annual escrow analysis and explains the change(s) to your tax and/or insurance premiums and the effect it will have on your monthly mortgage payment.

**(D) Review your Payment**
This section explains exactly how your old and new monthly payments are broken down for principal, interest, and escrow amounts.

**(E) How your Escrow Payment is Calculated**
Provides the calculation used to determine your monthly escrow payment.

**(F) How your Escrow Surplus is Calculated**
This section shows how to determine your escrow shortage/surplus, and the minimum balance required in your escrow account at all times.

**(G) Escrow Surplus Check**
If your loan is current at the time of the analysis, a check representing your escrow surplus will be attached to the escrow statement. If there is a minor surplus, instead of issuing a refund check, the funds will be deducted from your monthly payment(s).

**(H) Important Information**
Special messages or announcements about your account are shown here. Also, details on the necessary action to take if your payment is set up through an automatic method will be provided here.

**(I) Upcoming Escrow Activity**
This is the expected payments to and disbursements from your escrow account. The expected payments are based off of the actual amounts paid the prior year. Your minimum balance will be noted with an asterisk ( * )

**(J) Escrow Account History**
This section will show you the actual payments into, and disbursements out of your escrow account for the last analysis period. This information can be helpful to you when determining changes with your escrowed items that caused a change to your payment.







Flagstar® Bank

EQUAL HOUSING LENDER    Member FDIC

**ESCROW STATEMENT FAQS**

### What is an escrow analysis?

An escrow analysis is a review of your escrow accounts to determine if the current monthly escrow payment is enough to pay taxes, insurance, and other bills when due. Escrow analyses are typically run annually based on your property tax payment cycle. Occasionally, the payment of taxes or insurance causes the escrow account to reach a negative balance, and it may be necessary to perform more than one analysis during the year.

### Can I waive my escrow account?

Escrow accounts are required and cannot be waived on FHA (Federal Housing Administration), GRH (Guaranteed Rural Housing) or VA (Veteran Affairs) loans.

Escrow accounts on other types of loans, such as Fannie Mae loans, may be waived if certain conditions are met:

- The loan-to-value ratio of the loan must be 80% or less.

- The loan does not have private mortgage insurance (PMI).

- The loan must not have had force-placed insurance or taxes in the past.

- There have not been any payments over 30 days late in the last 12 months.

- Borrowers on the loan meet credit score requirements (the minimum credit score for an escrow waiver on owner-occupied and second home properties is 620, for investment properties it is 700).

- The loan cannot be in foreclosure, bankruptcy or loss mitigation.

**Note:** If the above conditions are met, please fill out the Escrow Waiver Request Form available on flagstar.com and fax or mail it as directed.

Please note that an escrow waiver fee equal to 0.25% of the current principal balance or $150, whichever is greater, is charged. We do not charge an escrow waiver fee for loans in California, Illinois, Minnesota, New York, Oregon, or Wisconsin.

### Why do I have an escrow surplus?

A surplus is typically caused by a decrease in tax or insurance payments, but a surplus can also occur when too much has been collected for the escrow account in the previous year or at closing. It is possible to have a surplus, even if tax and insurance amounts have increased over the past year. When this occurs, the monthly escrow payment may still be increased to ensure there are enough funds to pay the increased taxes and insurance.

Note: If there is a minor surplus, instead of issuing a refund, the funds are used to reduce your monthly payment(s). The surplus is divided by the number of months starting with the "new payment due date" and ending after the month of the "low point" in the escrow account. The new escrow payment is reduced for this number of payments. Please refer to your Escrow Statement to determine if the surplus was retained in your escrow account.

### Can you apply my surplus to my loan?

Flagstar Bank refunds escrow surpluses to the borrowers. Borrowers may cash their surplus check and use the funds in any manner they choose, including applying it to their loans.

### When will I receive my escrow surplus check?

If your loan is current, the surplus check will be mailed 7 – 10 business days from when it was processed. If your loan is past due, a surplus refund check will be disbursed when your loan is current.

If you are in bankruptcy and your account is contractually current, your refund check will be mailed separately 7 – 10 days from when it was processed. However, if your account is past due, your escrow surplus check will be disbursed when your account is current.

### Why didn't I receive my escrow surplus check?

If your loan was past due at the time the escrow analysis was performed, your escrow surplus check will be disbursed when your loan becomes current. If you have not received your escrow surplus check after you have brought your loan current, please contact the Customer Service Department.

### What if my surplus check was lost or stolen?

If you lost your surplus check after receiving it or it was stolen from you, please contact the Customer Service Department so we can place a stop payment on the check and reissue one to you.

### Whom do I contact to update my loan with the correct tax amounts information?

Since we may already receive your tax information from your taxing authority, please call the Customer Service Department to discuss the information we may need from you.

### What do I do if my insurance carrier has changed?

Please call the Insurance Department at (800) 953-1550. Representatives are available Monday – Friday 8:30 a.m.-8 p.m. ET.

**Please refer to flagstar.com for a full list of Escrow FAQs.**



 EQUAL HOUSING LENDER   Member FDIC